### Diane VANDERGRIFF, Appellant,

v.

### WUESTLING & JAMES; James Onder; Onder, Shelton, Oleary & Peterson; Bank of America; Magna Group, Inc., doing business as Magna Trust Company; Settlement Services, Inc.; Regions Bank; Allstate, Appellees.

### No. 09–1045.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 16, 2009.

Filed: Oct. 9, 2009.

Diane Vandergriff, St. Charles, MO, pro se.

*Columbia Ct. of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

Susan M. Schwartzkopf, R.C. Wuestling, IV, Wuestling & James, St. Louis, MO, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

### PER CURIAM.

Diane Vandergriff appeals the district court's[1] order dismissing her civil action for lack of subject matter jurisdiction, and the court's post-dismissal order denying leave to amend the complaint. Following de novo review, *see LeMay v. U.S. Postal Serv.*, 450 F.3d 797, 799 (8th Cir.2006), we conclude that dismissal was proper for the reasons stated by the district court. We also conclude the district court did not abuse its discretion in denying leave to amend. *See Marmo v. Tyson Fresh Meats, Inc.*, 457 F.3d 748, 755 (8th Cir. 2006). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.